# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Demetrius Wade , | ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | Case No. _____ |
| The Champaign County Sheriff's office The champaign county board; Dustin D. Heuerman, and Karee Vogel | ) ) ) ) ) ) ) ) , ) ) ) | *(The case number will be assigned by the clerk)* |
| Defendant(s) | ) | |

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Demetrius Daryl Wade

Prison Identification Number: M36301

Current address: 204 E. Main St Urbana, IL 61801

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Dustin D. Heuerman

Current Job Title: Champaign county Sheriff

Current Work Address 204 E. Main St Urbana, IL 61801 - 2702

Defendant #2:

Full Name: Karee Voges

Current Job Title: Captain / Jail Superintendent Corrections

Current Work Address 204 E. Main St Urbana, IL 61801 - 2702

Defendant #3:

Full Name: Lt Ryan Snyder

Current Job Title: Champaign county Lieutenant, Support Services

Current Work Address _264 E. Main St Urbana, IL_
_61801- 2702_

Defendant #4:

Full Name: _Jenna Crood_

Current Job Title: _Lieutenant / Classification Committee Chair_

Current Work Address _204 E. Main St Urbana, IL_
_61801- 2702_

Defendant #5:

Full Name: _Josh Sapp_

Current Job Title: _Lieutenant of operational Security_

Current Work Address _204 E. Main St Urbana, IL_
_61801- 2702_

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?        Yes ☐        No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐        No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number

2. Basic claim made _____

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes  ☑    No  ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

   Yes  ☑    No  ☐

If your answer is no, explain why not _____

_____

C.  Is the grievance process completed?    Yes  ☑    No  ☐

## V.  STATEMENT OF CLAIM

Place(s) of the occurrence  Champaign county downtown Jail  204 E. Main St
Urbana, IL 61801-2702

Date(s) of the occurrence 2/9/22 and 5/6/22, 1/3/22, 10/23/21 - 6/28/2

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

1 The Champaign county Sheriff's office and the Champaign county board failed to close their downtown jail that they knew for years was unsafe due to doors not properly locking and opening and closing on their own. This is a violation of my 8th Amendment right to not have cruel and unusual punishment inflicted on me. As a result of this I was involved in a physical altercation with Ryan Mason and sustained multiple injuries that according to the inmate handbook was considered a medical emergency because I was bleeding, yet I was not taken to the hospital. As a result of the fight I had multiple lacerations to my face, a huge knot on my forehead, and bruised ribs. I saw the jails Dr 3 weeks later and his prognosis was bruised ribs. When I requested my medical records everything was there except my Dr visit where he told me I had bruised ribs. The county has since had a change in their healthcare providers so the Dr I saw about this issue no longer works there. When I asked about the missing documents I was told that all the records from the former provider which was well path was on a zip drive that was not working. This fight happened 5/6/22. On 2/9/22, doors again opened on their own, but instead of cells opening

5

as A did when I got into a fight, the door to the next block opened. It is important to note that both of these events / occurances happened while I was on "D" block in protective custady, where no inmates are supposed to have any contact whatsoever with other inmates for our own safety. This day another inmate came from "C" block to our block to watch T.V. and trade some snacks with Denzel Travis who was in cell "4" at the time. 3 other inmates saw this man with their own eyes come over there and are willing to testify to that. When I reported this you'll see that Lt Sapp and Lt Snyder tried to cover it up by not allowing me to appeal the grievance because I first mentioned it in the appeal of a separate issue, even though I said in the appeal that I would be writing a separate grievance to address the security issue and I did just that. Sargeant Copeland in the grievance is actually Sergeant Kocher whose name I didn't find out until after I wrote the grievance. The jail administration could have admitted to this and moved us immediately to the other building to keep everyone safe but they decided to be corrupt and lie and as a result myself and Ryan got seriously injured. Camera footage and an investigation will show the doors of the jail opening and closing on their own on a regular basis.

2 On 1/3/22 the jail staff misplaced my emergency inhaler for my severe asthma for the 3rd time and it caused me serious distress. This was repeated unacceptable medical treatment that similarly violates my 8th Amendment rights that protect me from cruel and unusual punishment. The jail

repeatedly told me that it was a Security issue and medical directive that kept me from possessing my own asthma inhaler but when I asked repeatedly for the policies and procedures that said this they never gave them to me. Instead the medical staff kept telling me it was a jail policy that had nothing to do with them and when I told the jail this they said it was a medical directive so I suspect that its a made up rule that is not backed by any policy or procedure of the jail or medical staff. All I want is for everyone in the jail to be safe and since the staff has shown me over and over that they cannot be responsible with my life saving medication, so I feel I would be safer with it in my possession. I am challenging the conditions of my confinement and medical treatment. I was also left in Administrative Segregation without reason, without being reviewed on a regular basis as their policies and procedures require, and without notice of review decisions for 8 months straight. I requested these reviews from the jail and their response is included in this complaint. This too amounts to cruel and unusual punishment in violation of my 8th Amendment rights.[3] The jail staff further subjected me to cruel and unusual punishment by refusing to adhere to

Continued on separate paper →

## RELIEF REQUESTED

(State what relief you want from the court.)

a 20 million dollar class action lawsuit for everyone who

was housed at the downtown jail while I was there from October 2021 until May 12, 2022. For Subjecting us to cruel and unusual punishment. Also create policy and procedures to allow all inmates with asthma to keep their own inhalers on their person. Also order the Champaign county Jail to get in compliance with their policies and procedures and record keeping requirements. They also need to be in strict compliance with all public health directives to keep everyone at the jail safe.

JURY DEMAND          Yes ☐          No ☑

Signed this _____ day of _____ , 20_____ .

_Demetrius Wade_

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Demetrius Wade | M36301 |
| Address: 7224 S Green St Chicago, IL 60621 (home address) | Telephone Number: ( Wife's cell) 217-418-6790 |

~~Stateville Correctional Center (NRC~~
~~Route 53, P.O. Box 112~~
~~Joliet, IL 60434~~

Graham correctional center
12078 Illinois Route 185
Hillsboro, IL 62049

Grievance # _____ - _____
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 8/9/22   REQUIRED    **PLEASE WRITE LEGIBLY**

Name: Demetrius Wade                          Jacket #(on armband) 968681
Please print full name                        Cell Location D5

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

- [ ] Staff Conduct        [ ] Conditions of Confinement        [ ] Medical
- [ ] Dietary              [ ] Other _____
- [ ] Disciplinary Appeal      ___/___/___          ___/___/___
                              Date of Report          Date of Hearing
- [✓] Grievance Response Appeal. Grievance # 2022- 7
  This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** Either you don't know what baseless means or you don't know much about asthma. It is a FACT! that if my attack was more severe on 7/3/22 I could have died waiting for 2 hours to get my EMERGENCY inhaler because Asthma is a lung disease that restricts your air passage in your lungs preventing you from breathing. I hope that you are aware that you need to breath in order to continue living. Just because I was walking and refusing to lock up in order to get my medication does not mean that I was not in distress, no matter what "the officer" observed. Derrick Chauvin thought just like you as he knelt down on George Floyd's neck for over 9 minutes before killing him. He thought that if Floyd could yell "I can't breath" and "get off me" and kick and move, he must be able to breath. He was wrong and so are you! you need to learn from that and listen to people when they tell you they are in distress, instead of trying to minimize the situation by using words you don't know the definition of such as "baseless" and "unfounded". You admit that my ⟶
PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** Let me keep my own inhaler with me and hire a more competent and intelligent Lt. to respond to these grievances.

---

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by _____ 5805       Date 6/23/22

inhaler was and its your fault. Champaign County Jail's fault for having policies in place that are harmful to its residents and counter productive to your offices. What other contingencies do you have? You say that inhalers present a security issue, what issue is that? Because other counties let you have them. A security issue is cell block C and D having their doors open at the same time and the person out on rec on C block comes over to D block several times to watch tv. This happened today between 10:15am - 10:45am. Or how about a few months ago at the Satelite Jail when I was housed in B8 and control opened our door we went out to the desk and no one was there for over 30 minutes. We could have opened every cell and unit on B pod, but of course we didn't. Thats a security issue. Mind you I'm in "protective custody" how protected do you think I felt this morning? Excuse me if I can't take you serious when you say having my inhaler presents a "security issue" when you don't seem too good or worried about securing the inmates in your jail. Those 2 things should never happen, but maybe yall so busy securing my medicine you having a hard time securing everything else. Lastly, I wrote this grievance on 1/31/22 and didn't get a response until today 2/9/22 so you didn't get back to me within the 30 day window. I know you tried to lie like it took 2 days to get it, and you responded on 2/4/22 but we know thats a lie coz it wouldn't take 5 days to get to me. I plan on doing a separate grievance for the "security issue" that happened this morning. I don't know how you got your job, but it seems as though they pulled your name out of a hat, because the way you responded to this was incredibly dismissive, insensitive, and ignorant. Please read several books and go back to school because you have a lot to learn.

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
# INITIAL RESPONSE TO INMATE GRIEVANCE/APPEAL

**Response to grievance number:**          2022 ----- 335

Date and time Inmate Grievance / Appeal From was received by the Corrections Supervisor or Program Coordinator: 5/31/2022

Lieutenant/Sergeant or Program Coordinator's response to grievance/appeal: (If the initial response is to be given by the Health Care Authority, document their response.)

Mr. Demetrius Wade 968681, we have received your grievance dated 5/30/22, it has been logged as 2022-335. In it you claim that Officer Johnson came into the block to lock you down and had no mask on. You state you asked her about the mask, and she indicated she forgot it at the desk.

Your relief requested was to fire Officer Johnson.

Mr. Wade, I have reviewed video and do see that Officer Johnson was in the block without a mask. I also see that she completed all her other security checks with a mask on thus leading me to believe that she did mistakenly leave her mask on the desk as she indicated. I would be remiss if I did not mention that you are seen in the block dayroom with three other inmates and you did not have a mask on. You have also been seen entering the Officer's dayroom without a mask. Though I do appreciate you brining this information forward I also question your motives as you do not follow CDC guidelines or CCSO rules.

Pertaining to your relief requested, I cannot and will not discuss employee discipline with you.

X _____ #5304          06/01/2022
Lt. Josh Sapp 304                                      Date
Lieutenant of Operational Security

*Wrong date.*

**Date of response Wednesday, March 30, 2022**
~~You may appeal this decision directly to the Jail Superintendent by completing an Inmate~~
**Grievance / Appeal Form within 5 days of receiving this response. Please reference the grievance number listed on the top of this response.**

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
# INITIAL RESPONSE TO INMATE GRIEVANCE/APPEAL

**Date of response Wednesday, March 30, 2022**
**You may appeal this decision directly to the Jail Superintendent by completing an Inmate
Grievance / Appeal Form within 5 days of receiving this response. Please reference the grievance
number listed on the top of this response.**

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
## SEGREGATION LOG

Prisoner's Name: Wade, Demetrius     Inmate # 968681     Cell: 15 116     Date Started: 8/27/2021     Date Ended: _____

☐ Disciplinary Segregation.     ☐ Administrative Segregation     ☐ Protective Custody

| DATE 2021 | SHIFT | B | L | S | Sh | Rec | Vis | Ph Call | Atty Call | Comm Per Hy | Read Mat Lib | Med MH | Supv | Nurse | Prog Co-O | Rel Min | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/27 | 12-8 | | | | | | | | | | | | | | | | |
| | 8-4 | | | | | | | | | | | | | | | | |
| | 4-12 | | | | | | | | | | | | | | | | |
| 8/08 | 12-8 | 3ea | 305 | | | | | | | | | 340 | | | | |
| | 8-4 | | | 305 305 | 305 | | 305 | | | | | 300 | | | | plc 1430-1530 |
| | 4-12 | | 306 | | | | | | | | | 305 | | | | |
| 8/09 | 12-8 | 354 | | | | | | | | | | 303 | | | | |
| | 8-4 | | 347 | | | | | | | | | 344 | | | | |
| | 4-12 | | | 306 | | | | | | | | | | | | |
| 8/30 | 12-8 | 344 | | | | | | | | | | 442 | | | | |
| | 8-4 | | 306 | 2nu nu 3nu | | | 2nu | | | | | 1800 | | | | nlc 1728 - 1805 |
| 8/31 | 12-8 | 24 | 306 nu(0 309 369 | | | 369 | | | | | | 300 | | | | 1308-1450 |
| | 8-4 | | 306 nu(0 | | | | | | | | | 330 | | | | |
| | 4-12 | | | | | | | | | | | | | | | |
| 9/1 | 12-8 | 3C3 | 305 nu(0 | 305 305 | | 305 | | | | | 340 304 | | | | 1320-1400 |
| | 8-4 | | | | | | | | | | | | | | | |
| | 4-12 | | | | | | | | | | | | | | | |
| 9/2 | 12-8 | 347 | 343 306 | nu3 nu3 | | nu3 | | | | | 340 309 304 | | | | nu 1200-1300 |
| | 8-4 | | | | | | | | | | | | | | | |
| | 4-12 | | | | | | | | | | | | | | | |

**Meals:**
B - Breakfast
L - Lunch
S - Supper

Sh - Shower
Rec - Recreation
Vis - Visitation
Ph Call - Personal Phone Call

Atty Call - Attorney Phone Call
Comm Per Hy - Commissary,
Personal Hygiene Items
Read Mat Lib - Reading Materials, Library

Med MH - Medical, Mental Health
Supv - Supervisor's Initials
Nurse - Nurse's Initials
Prog Co-O - Program Co-ordinator's Initials

Rel Min - Religious Service, Minister
Comments - Additional Comments,
Observations

**NOTE: All items with a "red X" indicate the prisoner may NOT have that privilege.  The Supervisor, Program Co-ordinator or the Classification Committee, ONLY, will indicate denial of any privileges.**

AUTHORIZATION: _____

REVIEW: _____     DATE: _____     DATE: _____

COMMENTS: _____     SEGREGATION CONTINUED:     YES     NO
                                                              CIRCLE ONE

• 4 days of quarantine seg. missing from A. I was there at least 10 days maybe 11

• 24 consecutive weeks without seeing mental health or once a week 27 weeks all together when mental health supposed to come see us everyday according to procedure 3.2 segregation and Special management Section D

• My administrative Segregation report indicates that I was placed in staff ordered protective custody but all my tags indicate that I am classified as Administrative segregation.

Defendant #6
Full name: Jacob Taul
Current Job Title: Champaign county board
Current work Address: 1776 E. Washington St
                                    Urbana, IL  61802


Defendant #7
Full name: Jim Goss
Current Job Title: Champaign county board
Current work Address: 1776 E. Washington St
                                    Urbana, IL  61802


Defendant #8
Full name: Jodi Holken
Current Job Title: Champaign county board
Current work Address: 1776 E. Washington St
                                    Urbana, IL  61802


Defendant #9
Full name: Diane Michaels
Current Job Title: Champaign County board
Current Work Address: 1776 E. Washington St
                                    Urbana, IL 61802


Defendant #10
Full name: Aaron Esry
Current Job Title: Champaign County board
Current Work Address: 1776 E Washington st
                                    Urbana, IL  61802

Defendant #11
Full name: Stanley Harper
Current Job Title: Champaign county board
Current Work Address: 1776 E. Washington St
                         Urbana, IL 61802


Defendant #12
Full name: Brad Passalacqua
Current Job Title: Champaign county board
Current Work Address: 1776 E. Washington st
                         Urbana, IL 61802


Defendant #13
Full name: Jim McGuire
Current Job Title: Champaign County board
Current Work Address: 1776 E. Washington St
                         Urbana, IL 61802


Defendant #14
Full name: Bethany Vanichtheeranont
Current Job Title: Champaign county board
Current Work Address: 1776 E. Washington St
                         Urbana, IL 61802


Defendant #15
Full name: Lhea Taylor
Current Job Title: Champaign county board
Current Work Address: 1776 E. Washington St
                         Urbana, IL 61802

Defendant #16
Full name: Samantha Carter
Current Job Title: Champaign county board
Current work Address: 1776 E. Washington St
                            Urbana, IL 61802


Defendant #17
Full name: Jenny Lokshin
Current Job Title: Champaign county board
Current Work Address: 1776 E. Washington St
                            Urbana, IL 61802


Defendant #18
Full name: Eric Thorsland
Current Job Title: Champaign county board
Current work Address: 1776 E. Washington St
                            Urbana, IL 61802


Defendant #19
Full name: Kyle Patterson
Current Job Title: Champaign county board
Current Work Address: 1776 E. Washington St
                            Urbana, IL 61802


Defendant #20
Full name: Stephanie Fortado
Current Job Title: Champaign county board
Current Work Address: 1776 E. Washington St
                            Urbana, IL 61802

Defendant #21
Full name: Emily Rodriguez
Current Job Title: Champaign county board
Current Work Address: 1776 E. Washington St
                      Urbana, IL 61802

Defendant #22
Full name: Jennifer Straub
Current Job Title: champaign county board
Current Work Address: 1776 E. Washington St
                      Urbana, IL 61802

Defendant #23
Full name: Steve Summers
Current Job Title: Champaign county board
Current Work Address: 1776 E. Washington St
                      Urbana, IL 61802

Defendant #24
Full name: Chris Stohr
Current Job Title: Champaign county board
Current Work Address: 1776 E. Washington St
                      Urbana, IL 61802

Defendant #25
Full name: Mary King
Current Job Title: Champaign county board
Current Work Address: 1776 E. Washington St
                      Urbana, IL 61802

Defendant #26
Full name: Wayne Williams
Current Job Title: Champaign county board
Current Work Address: 1776 E. Washington St
                        Urbana, IL 61802


Defendant #27
Full name: Lorrain Cowart
Current Job Title: Champaign county board
Current Work Address: 1776 E. Washington St
                        Urbana, IL 61802

Illinois Department of Public Health guidelines as well as their own policies and procedures concerning wearing masks and other preventative practices to help stop the spread of the deadly COVID-19 virus. On many occassions, some of which I documented through grievances, but many of which did not, the staff at Champaign county jail failed and refused to wear their masks at all, and many times improperly (mask not covering their nose). This resulted in an outbreak of COVID-19 cases in both locations of the jail. Downtown situated at 204 E. Main St Urbana, IL 61801 as well as the Satelite building located at 502 S. Lierman Ave Urbana, IL 61802. I arrived on this occassion at the Champaign county Jail (Satelite) on 8/27/21, having never contracted the deadly COVID-19 virus. I went through the mandatory ten day quarantine period where we are not allowed to have contact with other inmates by having everyone come out of their cells for recreation one at a time for one hour and spraying down all the items in the dayroom with disinfectant between each person coming out. We were tested for COVID on day five and ten respectively, needing both results to be negative in order to be moved to General population. I tested negative both times, but when I was later placed in Administrative Segregation (protective custody at the downtown location in 10/21, where we were also not allowed to have any contact with other inmates whatsoever, there was a COVID-19 outbreak in 1/22 that started at the Satelite location before reaching us on "D" block. Instead of starting preventative measures like they were supposed to, they still failed to wear their masks and

disinfect the Six person block I was housed on. This caused
me to catch COVID-19, and to say that I was scared for
my life would be an understatement. I felt horrible for a
month before beginning to gain some semblance of normality,
although I never recovered fully as I have been experiencing
my COVID-19 symptoms since, and fear that I'll never be
the same again. I am thankful however to be alive, because
with my severe asthma I thought that it would surely kill
me since I have a pre-existing upper respiratory ~~infection~~
disease and COVID is an upper respiratory ~~disease~~ virus. After
catching the deadly virus and surviving I decided to be
a lot more verbal and forceful about trying to make sure
staff at the jail complied with the mask mandate and all
other preventative measures in place because I may not be
so lucky if I catch it again. As I began to write more
and more grievances when I saw staff not doing what they
were supposed to in order to keep everyone safe, I was met
with complete insolence, defiance, and indifference from the
jail administrators who refused to hold their officers accountable
for not following established protocols of such grave consequences.
They instead ignored many of my grievances and made
unbelievable excuses for them and even tried to turn it around
on me as if I can give myself COVID when I never leave
the building. I begged and pleaded with staff to wear their
masks because I was scared for my life but nothing worked.
I felt so powerless and susceptible to their abusive treatment
that I wrote the local news and newspaper as well as the
Attorney General about my concerns and to get help. The staff

also failed to change out our linen as often as their policies and procedures require them to on several occasions. We got things cleaned when they felt like it as they continued to put us at their mercy to receive basic care and humane treatment. They also allowed their officers to put our food on the floor every morning as if this is ok. I told them that what they were doing was illegal over and over again but they didn't care. They treated us like we were the scum of the earth instead of innocent men waiting for trial as the law states. They left me no choice but to bring this action, when I would have preffered that they realized the errors of their ways and fixed it. There were periods of time when we did not have access to the law library as the law requires, we went three days on several occasions without heat in the dead of winter, and the more I demanded that my rights be respected and adhered to, the more they retaliated against me and made it seem like I was a bad person who gave the jail lots of problems. Although I never wrote a grievance about it, my segregation logs will show and prove that I went twenty-four consecutive weeks and twenty seven all together without seeing anyone from mental health. It is in their policies that inmates housed in segregation will get weekly visits from qualified mental health professionals. While they were neglecting my mental health I had just began taking Lithium for my bipolar condition and it is supposed to be closely monitored at the beginning stages but it was not. I saw many many mental health inmates suffering as a result of this gross negligence. I plan to offer this in aggravation.

4 | On 10/23/21 I was forced to go to Administrative Segregation by Sgt. Jones, who told me that there was no where else to house me besides the Segregation unit. Yet there were several general population decks that I had never been housed on, and I saw available space on "F" block which was at the time general population. I know for a fact that spaces became available during the 8 months that I was forcefully kept in Segregation because people like Denzel Travis left "D" block with me and went to general population, and he was not the only one. I saw do this while I was there. Lt Good and the classification committee failed constantly and repeatedly to follow their established policies and procedures that requires them to, document classification reviews that are required within 72 hours of assignment to Segregation to determine if I was to remain in Segregation or be assigned to general population. They also failed to do the required classification reviews for continued Segregation at least once every 7 days for the 1st 2 months, and at least every 30 days thereafter. This policy is located in the champaign county Sheriffs office corrections policy and procedure chapter X classification for Segregation and Special management 3.3 Administrative Segregation policy Subsection "D" and "E". I know

these reviews were not done because they
are required to inform inmates of the results
of them and in the 8 months I was housed
there no one informed me that any reviews
were being done. Furthermore, when I did a
FOIA request ~~the~~ in an attempt to obtain these
reviews I was told no written record of them
exists because they are all done verbally.
That official response from Lt R. Snyder is
included in the Supporting documents attached
to this complaint. This was a violation of my
due process rights as a pre-trial detainee
as a result of admitted overcrowding, failure
to follow established policies and procedures,
and willful inflicting of cruel and unusual
punishment. I was in Segregation so long that
at one point, both my ankles swelled up, and when
I went to see the Dr. from wellpath about
it, he told me to "move around more" as
if that was an option when I was in my
cell for 22 hrs a day and never offered
outside recreation for 7 months straight.

2022 - 380

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
## RESPONSE TO
## REJECTED INMATE GRIEVANCE/APPEAL

## Demetrius Wade #968681

Pages 22-23 of the Inmate Handbook state:
- Inmates who wish to submit a grievance shall complete the INMATE GRIEVANCE/APPEAL FORM within fourteen (14) days of the complaint issue.
- Inmates may appeal non-discipline related decisions directly to the Jail Superintendent/designee, in writing, within five (5) days of receiving a response.
- The decision of the Jail Superintendent/designee is final and there is no further appeal.

The grievance you submitted on **6/14/2022** is rejected for the following reason:

☐ **Content Issue -**

☒ **Not a Grievable Issue –** This is a FOIA request and not a grievable issue.  This will be treated as a FOIA request.

☐ **Incomplete Grievance**
   ☐ No Name
   ☐ No Jacket Number
   ☐ No Date
   ☐ No Housing Unit
   ☐ No relief requested

☐ **Duplicate Grievance**
   ☐ The subject of the grievance has already been grieved and another grievance, other than one Grievance Appeal, will not be accepted.

   ☐ The subject of the grievance has already been grieved and appealed. Responses were provided to both. Another Grievance Appeal will not be accepted. If you are dissatisfied with the response to your Grievance Appeal, you may appeal to:

        Illinois Department of Corrections
        1301 Concordia Court
        P.O. Box 19277
        Springfield, IL 62794-9277
        (217) 558-2200 x 2122

X _H R Snyder 344_

Lt. R. Snyder 344
Lieutenant of Support Services

**Date of response 6/17/2022**

Grievance # _____ - _____

STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 6/14/22  REQUIRED          PLEASE WRITE LEGIBLY

Name: Demetrius Wade                    Jacket #(on armband) 968681

Please print full name                  Cell Location B103

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

- [✓] Staff Conduct
- [ ] Conditions of Confinement
- [ ] Medical
- [ ] Dietary
- [ ] Other _____
- [ ] Disciplinary Appeal ____/____/____  ____/____/____
                          Date of Report        Date of Hearing
- [ ] Grievance Response Appeal. Grievance # _____ - _____

This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** This morning around 9:30am I asked Lt Crood for the classification reviews that are required within 72hrs of assignment to Segregation to determine if I was to remain in Segregation or be assigned to general population. I also asked for the classification reviews that are required to be completed for continued segregation at least once every 7 days for the first 2 months, and at least every 30 days thereafter by the classification Committee for which she is the chair. This request was made pursuant to the champaign county Sheriff's office corrections policy and procedure chapter X classification for Segregation and Special management 3.3 Administrative Segregation policy subsection D and E. According to my Segregation log's I have been in continuous Segregation since 10/23/21 against my will and didn't See Lt good for at least 6 months straight if not longer. She explicitly told me that I cannot have copies of these reviews because they have other inmates information on them. I asked her to separate mine and she said no. Therefore she will not allow me to verify that these reviews ever happened. No one has ever come to me saying we just finished your review and we decided its best for you to stay in segregation so I suspect that these reviews never happened.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** For transparency and to hold everyone accountable for doing their jobs I need copies of all classification reviews and disciplinary hearing results. I'm 1000% sure I'm entitled to have these documents and I'm requesting them in accordance with the freedom of information Act. It is vitally important that I recieve these documents and if I don't I will Subpoena them through a court order.

---

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by ____ 5251-01    Date 06-14-202?



# SHERIFF DUSTIN D. HEUERMAN
# CHAMPAIGN COUNTY SHERIFF'S OFFICE

204 E. Main Street
Urbana, Illinois 61801-2702
(217) 384-1204

**Dustin D. Heuerman**
*Sheriff*
ph  (217) 384-1205

**Chief Deputy**
Shannon Barrett
ph  (217) 384-1222
fax  (217) 384-1219

**Captain**
Law Enforcement
Shane Cook
ph  (217) 384-1207
fax  (217) 384-1219

**Captain/Jail Supt**
Corrections
Karee Voges
ph  (217) 819-3534
fax  (217) 384-1272

**Jail Information**
ph  (217) 384-1243
fax  (217) 384-1272

**Investigations**
ph  (217) 384-1213
fax  (217) 384-1219

**Civil Process**
ph  (217) 384-1204
fax  (217) 384-1219

**Records/Warrants**
ph  (217) 384-1233

June 17, 2022

Demetrius Wade #968681

Thank you for writing to the Champaign County Sheriff's Office Corrections Division with your request for information pursuant to the Illinois Freedom of Information Act, 5 ILCS 140/1 et seq.

On June 16, 2021, I received your request. You requested the following documents:
1.  ...copies of all classification reviews and disciplinary hearing results.

Your request is denied for the following reason – No such records exist. Classification reviews are completed verbally in person and no written record of the discussion is kept.  Additionally, you have already been given the discipline hearings in a previous request.  *This is not true at all*

You have a right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General. 5 ILCS 140/9.5(a). you can file your Request for Review with the PAC by writing to:

Public Access Counselor
Office of the Attorney General
500 South 2nd Street
Springfield, Illinois 62706
Fax: 217-782-1396
E-mail: publicaccess@atg.state.il.us

You also have the right to seek judicial review of your denial by filing a lawsuit in the State circuit court. 5 ILCS 140/11.

If you choose to file a Request for Review with the PAC, you must do so within 60 calendar days of the date of this denial letter. 5 ILCS 140/9.5(a). Please note that you must include a copy of your original FOIA request and this denial letter when filing a Request for Review with the PAC.

Lt. R Snyder    *H R Snyder* 344

Page **1** of **1**



# SHERIFF DUSTIN D. HEUERMAN
# CHAMPAIGN COUNTY SHERIFF'S OFFICE

204 E. Main Street
Urbana, Illinois 61801-2702
(217) 384-1204

**Dustin D. Heuerman**
*Sheriff*
ph  (217) 384-1205

**Chief Deputy**
Shannon Barrett
ph  (217) 384-1222
fax  (217) 384-1219

**Captain**
**Law Enforcement**
Shane Cook
ph  (217) 384-1207
fax  (217) 384-1219

**Captain/Jail Supt**
Corrections
Karee Voges
ph  (217) 819-3534
fax  (217) 384-1272

**Jail Information**
ph  (217) 384-1243
fax  (217) 384-1272

**Investigations**
ph  (217) 384-1213
fax  (217) 384-1219

**Civil Process**
ph  (217) 384-1204
fax  (217) 384-1219

**Records/Warrants**
ph  (217) 384-1233

Date: June 17, 2022
To: Demetrius Wade #968681
From: Lt. R Snyder 344
Re: Grievance System

This letter is to inform you of our concern that you are misusing the grievance system. You have filed multiple grievances while in custody. While some have been answered, many have been rejected. Filing frivolous grievances is a violation of the inmate rules as outlined in the Inmate Handbook.

Filing multiple grievances for the same issue before the issue can be addressed via the grievance system would be considered a frivolous grievance. Once a grievance is obtained, we have 21 business days to respond to the grievance.

Refiling rejected grievances without addressing the reason it was rejected would be considered a frivolous grievance.

Many issues that you are filing grievances on can be solved via an inmate yellow request slip.

Continued misuse of the grievance system can and will result in a disciplinary report being completed on you. Grievances found to be frivolous will not be entertained or responded to.

*H R Snyder 344*

Lt. R. Snyder
Support Services

CC: Program Coordinator, Classifications, inmate file

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
# RESPONSE TO
# REJECTED INMATE GRIEVANCE/APPEAL

Demetrius Wade, #968681

Pages 22-23 of the Inmate Handbook state:

- Inmates who wish to submit a grievance shall complete the INMATE GRIEVANCE/APPEAL FORM within fourteen (14) days of the complaint issue.

- Inmates may appeal non-discipline related decisions directly to the Jail Superintendent/designee, in writing, within five (5) days of receiving a response.

- The decision of the Jail Superintendent/designee is final and there is no further appeal.

The grievance you submitted on **2/10/2022** is rejected for the following reason(s):

| X | **Not a Grievable Issue** – The amount of time it takes to receive a response to your grievance(s) is not grievable. Grievances are addressed as time allows. |
|---|---|
| | **Content Issue** *They only have 21 days to respond according to the* |
| | **Incomplete Grievance** *inmate handbook and Lt Snyder admits to this in* |
| | No Name *his correspondence to me on 6/17/22 claiming that* |
| | No Jacket Number *I was misusing the grievance system.* |
| | No Date |
| | No Housing Unit |
| | No relief requested |
| | **Duplicate Grievance** – A grievance for this issue has been received. You may not submit multiple grievances for the same issue. Once you receive a reply for your initial grievance, you have the opportunity to appeal it within five days of receiving the response. |
| | The subject of the grievance has already been grieved and another grievance, other than one Grievance Appeal, will not be accepted. |
| | The subject of the grievance has already been grieved and appealed. Responses were provided to both. Another Grievance Appeal will not be accepted.<br><br>If you are dissatisfied with the response to your Grievance Appeal, you may appeal to:<br><br>Illinois Department of Corrections<br>1301 Concordia Court<br>P.O. Box 19277<br>Springfield, IL 62794-9277<br>(217) 558-2200 x 2122 |

X _C. Blodgett_

C. Blodgett, 5092-01
Program Coordinator

**Date of response Friday, February 11, 2022**

Grievance # _____-_____
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 2/10/22 REQUIRED     PLEASE WRITE LEGIBLY

Name: Demetrius Wade          Jacket #(on armband) 968681
Please print full name          Cell Location D5

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

☑ Staff Conduct          ☐ Conditions of Confinement          ☐ Medical
☐ Dietary          ☐ Other _____

☐ Disciplinary Appeal     _____/_____/_____          _____/_____/_____
                                    Date of Report                          Date of Hearing

☐ Grievance Response Appeal. Grievance # _____-_____
This number can be found on the upper right hand corner of the original grievance response

Brief Summary of Grievance:     Lt Snyder failed to get me my
response to grievance 2022-7 within 30 days. I put
it in on 1/3/22 he claims it took until 1/31/22
for him to get it. He then claims he responded on
2/4/22 just in time to make 30 days, yet I did
not receive the response until 2/9/22. It has never
taken more than 1 day to receive a grievance
after it has been responded to and I've written over
20 grievances. I suspect he did not respond by 2/4/22
because if he did I would have gotten it way before
2/9/22 with no days left to appeal.

P.S. This is not an appeal
                                    appeal
This was referring to the grievance I submitted about my asthma
inhaler being misplaced for the 3rd time as I attempted to get permission
to keep it on my person. I also mentioned the security breech when
an inmate from "C" block came to "D" block unnoticed. His name
was Mr. Johnson

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

Relief Requested:     Answer grievances in a timely fashion by
following your own rules

Rejected 2/11/22
[signature]
5092-01

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by [signature] 5310     Date 2/10/22

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
# INITIAL RESPONSE TO INMATE GRIEVANCE/APPEAL

**Response to grievance number:** | 2022 ----- 317 |

Date and time Inmate Grievance / Appeal From was received by the Corrections Supervisor or Program Coordinator: 5/25/2022

Lieutenant/Sergeant or Program Coordinator's response to grievance/appeal: (If the initial response is to be given by the Health Care Authority, document their response.)

---

Mr. Demetrius Wade #968681, you are appealing the response to grievance 2022-279 which was dated 5/07/2022. In it you claim that on 5/7/22 Officer Allen opened your cell door which in turn cause a fight to occur between you and Mason. You claim this violates your 8th amendment rights and you state you intend to file a lawsuit.

Lt. Snyder responded to your grievance on 5/24/2022. He informed you that after reviewing the video and investigating the matter, we don't believe that Officer Allen is at fault. He also indicated that the issues at the Downtown jail are known which is why we have taken steps to close the facility.

Mr. Wade, as Lt. Snyder has indicated, video from all available angles has been reviewed and an investigation completed. We can not and will not discuss employee matters with you. Also, based on the information and investigation completed in CCSO file #S22-10406, you committed an aggravated battery. You also admitted in your grievance that you were involved in said fight. Based on the video evidence, you made a conscious decision to exit your cell, run upstairs, and start a physical altercation with another inmate. The report and supporting documents have been forwarded to the Champaign County State's Attorney's Office.

Your relief requested can't be granted.

*didn't try to press charges until I said I'd sue*

X _(signature)_ #524                5-26-2022
Lt. Josh Sapp 304                    Date
Lieutenant of Operational Security

If you are not satisfied with your appeal response, you can write the following:
**Illinois Department of Corrections**
**1301 Concordia Court**
**P.O. Box 19277**
**Springfield, IL 62794-9277**

*us told by Sergeant Paige that they don't press charges unless someone has to go to the hospital, which I would have for my injuries.*

**Date of response Thursday, May 26, 2022**

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Grievance # 2022 317
STAFF USE ONLY

Date: 5/24/22  REQUIRED        **PLEASE WRITE LEGIBLY**

Name: Demetrius Wade
Please print full name

Jacket #(on armband) 9108108
Cell Location B103

If someone helped you complete this form please provide their name:

**Nature of Grievance** (only one category per grievance)

☐ Staff Conduct      ☑ Conditions of Confinement      ☐ Medical

☐ Dietary            ☐ Other _____

☐ Disciplinary Appeal        ___/___/___          ___/___/___
                             Date of Report           Date of Hearing

☐ Grievance Response Appeal. Grievance # 2022 279
This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** I really don't care what you believe,
the fact of the matter it I saw her push the button
to open my cell and so did Mr. Mason and Lamell
Mitcalf who was housed on E Block and had the
best view. Lamell will be testifying on my behalf when
this goes to court. I might be inclined to go with your
version of the story though because it just might make
the lawsuit easier and more solidified. Simply put, the
downtown jail should have been closed years ago, and
these mechanical issues are well known and have been
for years. The fact that decisions were made by the
county to keep it open despite these issues make me very
tight. I'm not going to sue officer allen, I'm going
to sue champaign county. I'm sure [?] I have both
of you lieutenants course to cover up glitch breeches so
[?] I see you will both hopefully be fired for being
dishonest idiots!

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** fire yourself and get ready for court!

**DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY**

Received by _____ 5302 Date 5/24/22

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
# INITIAL RESPONSE TO INMATE GRIEVANCE/APPEAL

**Response to grievance number:** 2022 ----- 279

Date and time Inmate Grievance / Appeal From was received by the Corrections Supervisor or Program Coordinator: 5/9/2022

Lieutenant/Sergeant or Program Coordinator's response to grievance/appeal: (If the initial response is to be given by the Health Care Authority, document their response.)

Demetrius Wade #968681, I have received your grievance dated 5/7/22.

Your relief requested is to fire the current Lieutenants and change our hiring process.

After reviewing the video and investigating the manner, we do not believe that Officer Allen is at fault. There appears to have been a mechanical fault that caused the doors to open.

The issues of the Downtown jail are known which is why we have taken steps to close the facility.

All that being said, no one forced you to attack Mason. Mason was upstairs and you were downstairs. You immediately went to him and engaged in battery. You could have easily stayed in your cell until an officer resecured your door, but you choose to attack another inmate instead.

You should take some responsibility for your own actions.

Grievance unfounded and relief is denied.

X _H R Snyder 344_

Lt. R. Snyder 344
Lieutenant of Support Services

**Date of response: Tuesday, May 24, 2022**
**You may appeal this decision directly to the Jail Superintendent by completing an Inmate Grievance / Appeal Form within 5 days of receiving this response. Please reference the grievance number listed on the top of this response.**

Demetrius Wade

Grievance # 2022 229
STAFF USE ONLY

## Champaign County Sheriff's Office Corrections Division
## Inmate Grievance / Appeal Form

Date: 5/7/22   REQUIRED   PLEASE WRITE LEGIBLY

Name: Demetrius Wade

Please print full name

Jacket #(on armband) 968681

Cell Location E6

If someone helped you complete this form please provide their name: _____

Nature of Grievance (only one category per grievance)

[x] Staff Conduct
[ ] Conditions of Confinement
[ ] Medical
[x] Dietary
[ ] Other _____

[ ] Disciplinary Appeal   ___/___/___   ___/___/___
Date of Report        Date of Hearing

[ ] Grievance Response Appeal. Grievance # ___-___
This number can be found on the upper right hand corner of the original grievance response

Brief Summary of Grievance: On 5/6/22 officer allen let me out of
my cell around 5pm for dinner trays without checking
to see if anyone else was out beforehand. she then walked
away to another block to let someone out there. As a result
of the poor training, lack of attention to detail and her
inability to properly do her job me and Ryan Mason
could've got into a fist fight that should have never been able to
happen since we are housed in protective custody (administra
-tive segregation). We fought upstairs and someone could have
been thrown over the rail and died as a result of
officer allens conduct. This should never happen but it is
a regular occurance because champaign county jail is
terrible at functioning properly and keeping their inmates
safe. you are liable for this and I will be filing a
lawsuit for violating my 8th Amendment constitutional
right to be safe and secure while in custody of any county
jail or state prison.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

Relief Requested: change your hiring process [illegible]
[illegible] thorough and thourogh hiring [illegible]
[illegible] the current inmates because half of the
not interested in making this jail run better. hire smarter
[illegible] do [illegible] so it can make it [illegible] the
jail is running correctly.

DO NOT WRITE BELOW THIS LINE CORRECTIONAL STAFF USE ONLY

Received by: _____ 5382(?)   Date 5/8/2022

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
## RESPONSE TO
## REJECTED INMATE GRIEVANCE/APPEAL

Demetrius Wade, #968681

Pages 22-23 of the Inmate Handbook state:

- Inmates who wish to submit a grievance shall complete the INMATE GRIEVANCE/APPEAL FORM within fourteen (14) days of the complaint issue.

- Inmates may appeal non-discipline related decisions directly to the Jail Superintendent/designee, in writing, within five (5) days of receiving a response.

- The decision of the Jail Superintendent/designee is final and there is no further appeal.

The grievance you submitted on **2/10/2022** is rejected for the following reason(s):

| | |
|---|---|
| X | **Not a Grievable Issue** – You chose to include your complaint in an appeal. Therefore, it is not able to be appealed. |
| | **Content Issue** _Again trying not to let me appeal, even though I_ |
| | **Incomplete Grievance** _expressly stated that I would be submitting a_ |
| | No Name _Separate grievances on the issue and then did so. This_ |
| | No Jacket Number _is being done to prevent me from exhausting the_ |
| | No Date _Administrative remedies available to me so I cannot_ |
| | No Housing Unit _file a lawsuit._ |
| | No relief requested |
| | **Duplicate Grievance** – A grievance for this issue has been received. You may not submit multiple grievances for the same issue. Once you receive a reply for your initial grievance, you have the opportunity to appeal it within five days of receiving the response. |
| | The subject of the grievance has already been grieved and another grievance, other than one Grievance Appeal, will not be accepted. |
| X | The subject of the grievance has already been grieved and appealed. Responses were provided to both. Another Grievance Appeal will not be accepted. |
| | If you are dissatisfied with the response to your Grievance Appeal, you may appeal to:<br><br>Illinois Department of Corrections<br>1301 Concordia Court<br>P.O. Box 19277<br>Springfield, IL 62794-9277<br>(217) 558-2200 x 2122 |

X _[signature]_

C. Blodgett, 5092-01
Program Coordinator

**Date of response Friday, February 11, 2022**

Grievance # _____
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 2/10/22   REQUIRED   PLEASE WRITE LEGIBLY

Name: Demetrius Wade     Jacket #(on armband) 968681
Please print full name     Cell Location D5

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)
- [ ] Staff Conduct
- [ ] Conditions of Confinement
- [ ] Medical
- [ ] Dietary
- [ ] Other _____
- [ ] Disciplinary Appeal ____/____/____   ____/____/____
  Date of Report         Date of Hearing
- [x] Grievance Response Appeal. Grievance # 2022-82
  This number can be found on the upper right hand corner of the original grievance response

Brief Summary of Grievance: The only fictitious events that happened
is you claiming to have reviewed your CCTV video and
spoke with staff down here. Instead of taking responsibility
for what happened and doing everything necessary to prevent
it from ever happening again, you'd rather lie and try to
cover it up. I know you're lying because I spoke with
Sargeant Copeland this morning, and not only did she tell me
staff was aware that the doors were open, but she also
explained how it happened, and showed me on her phone
the email she sent to you, letting you know what happened.
Next time you want to lie make sure you tell everyone
else so y'all can be on the same page. Also I'm not sure
what the deputy who came over here name is but I know
what he look like and he'll attest to this happening as well
as 3 other inmates on my block who saw him. Hayes, Travis,
and Drake all saw him so are you now going to tell me that
we are all lying? Officer Gill was assigned to this area and on
her walk she didn't realize the doors were open until I
told her so she too can confirm that the doors were open.
PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

Relief Requested: Stop lying and take responsibility for your
actions instead of threatening me. Stop using this
jail. If you can't get the doors to stay closed, eliminate
all security risks, stop trying to cover up your mess and
fix it.
Denied
2/11/22
[signature]
569709

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by [signature] 586 Date 2/10/22

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
# INITIAL RESPONSE TO INMATE GRIEVANCE/APPEAL

**Response to grievance number:**    2022 ----- 81 ~~81~~ 82

Date and time Inmate Grievance / Appeal From was received by the Corrections Supervisor or Program Coordinator: 2/10/2022

Lieutenant/Sergeant or Program Coordinator's response to grievance/appeal: (If the initial response is to be given by the Health Care Authority, document their response.)

Mr. Demetrius Wade #968681, you are appealing the response to grievance 2022-07 which was dated 1/03/2022. In it you state that it took 2 hours to get your inhaler after asking for it. You indicate that Officer Casteel could not find it. You request to keep your own inhaler.

Lt. Snyder responded to your grievance on 2/04/2022. He informed you that your inhaler was misplaced at no fault of Officer Casteel. He also stated you were observed and heard screaming and yelling at the Officer, pacing back and forth in the dayroom, and making statements that you were refusing to lockdown. You inhaler was located and you were allowed to use it. He also informed you that inhalers pose a security issue and you would not be allowed to keep it in your cell.

Mr. Wade, though I do understand your concern, I do disagree with you greatly. I suffer from asthma and carry medications to prevent several issues. I can attest that in an actual asthmatic emergency, all energy is used to support life sustaining functions. You can not yell, scream, pace, etc. An actual asthmatic emergency will result in loss of consciousness. It was an unfortunate accident that your inhaler was misplaced, but it was found, and you were afforded the opportunity to use it. We also have other medically approved options should someone not have an inhaler. We are not able to allow you unfettered access to your inhaler due to medical direction and security issues. Pertaining to the separate security concerns you raise, those will be addressed in this appeal since you presented them in this fashion. I have reviewed our CCTV video and I spoke with staff present Downtown. At no time was an inmate from C-block allowed access to D-block on the date and time you indicated. This was confirmed via video which has been preserved. Should you continue to attempt to monopolize the grievance process with fictitious events, you will be issued discipline.

Your relief requested was already completed by Lt. Snyder after your original grievance thus will not be entertained, appeal closed.

X _____ #304    2-10-2022
Lt. Josh Sapp 304                     Date
Lieutenant of Operational Security

If you are not satisfied with your appeal response, you can write the following:
*Illinois Department of Corrections*

**Date of response Thursday, February 10, 2022**

Grievance # ~~2022-82~~
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 2/9/22   **REQUIRED**       **PLEASE WRITE LEGIBLY**

Name: Demetrius Wade                    Jacket #(on armband) 968681
Please print full name                     Cell Location  D5

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

☐ Staff Conduct          ☐ Conditions of Confinement     ☐ Medical

☐ Dietary                ☑ Other  Security Issue

☐ Disciplinary Appeal    _____ / _____ / _____    _____ / _____ / _____
                              Date of Report              Date of Hearing

☐ Grievance Response Appeal. Grievance # _____ - _____
   This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:**  This morning between 10:15am - 10:45am, both doors to C block and D block was open at the same time. The guy that was out on recreation on C block came over to watch T.V. about 3 times while I was out on recreation on D block. This is never supposed to happen, and since the so deprived of the protective custody, I did not feel protected at all. This is not the first time something like this has happened, and its made me feel like I am in the custody of dangerously careless and incompetent individuals at Champaign county Jail.

_____
_____
_____
_____
_____
_____

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:**  Investigate what happened, identify who's responsible, and fire those individuals and hire people who take their jobs more serious.

_____
_____
_____

**DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY**

Received by Sgt _____  #5318-01  Date 02/9/22

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
# INITIAL RESPONSE TO INMATE GRIEVANCE/APPEAL

**Response to grievance number:** | 2022 ---- 7 |

Date and time Inmate Grievance / Appeal From was received by the Corrections Supervisor or Program Coordinator: 1/5/2022

Lieutenant/Sergeant or Program Coordinator's response to grievance/appeal: (If the initial response is to be given by the Health Care Authority, document their response.)

---

Demetrius Wade #968681, I have received your grievance date 1/3/22. In it, you claim that it took an officer 2 hours to find your inhaler and go on to make baseless claims that you could have died waiting.

Your relief requested is to let you keep your asthma inhaler in your cell.

Your inhaler was misplaced from its original location at not fault of the officer working the side that day. While you make unfounded claims that you could have died, you were able to scream and yell at the officer, pace back and forth in the day room, and make statements that you would refuse to lock up. At no time did the officer see any obvious signs of distress from you. We have other contingencies should that happen that were not needed. Your inhaler was located, and you were allowed to use it without a medical emergency.

Inhalers present a security issue which is why they are not allowed in the cell with an inmate.


X _H R Snyder 344_
Lt. R. Snyder 344
Lieutenant of Support Services


**Date of response: Friday, February 4, 2022**    2/9/22
**You may appeal this decision directly to the Jail Superintendent by completing an Inmate Grievance / Appeal Form within 5 days of receiving this response. Please reference the grievance number listed on the top of this response.**

Grievance # 2022 - 7
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 1/3/22    REQUIRED    PLEASE WRITE LEGIBLY

Name: Demetrius Wade    Jacket #(on armband) 968(68)
Please print full name    Cell Location DS

If someone helped you complete this form please provide their name: _____

Nature of Grievance (only one category per grievance)
☐ Staff Conduct    ☐ Conditions of Confinement    ☑ Medical
☐ Dietary    ☐ Other _____
☐ Disciplinary Appeal    ___/___/___    ___/___/___
    Date of Report    Date of Hearing
☐ Grievance Response Appeal. Grievance # _____-_____
This number can be found on the upper right hand corner of the original grievance response

Brief Summary of Grievance: It took 2 hours to get my inhaler
after I asked for it because Castille couldn't find it. I
shouldn't have to say that this is an emergency medication
and needs to be accessible within minutes to save someone's
life. I could have died waiting that long for my asthma
inhaler and she fact that I luckily did not, shouldn't matter.
I no longer want my life in the hands of your correctional
officers who absolutely mis-place things. This is also not the first
time I've been unable to get access to my inhaler in a timely
fashion. One time a nurse got it for me and had to do baby
breathing exercises on the floor of my cell to open my lungs.
Another time I was on the first floor jail and I asked for my
inhaler and it took them an hour to locate and it was also
on A pod where I was incarcerated. The point is, I need it
on _____ always. Your officers have shown a complete disregard
for keeping up with the same medication, and I honestly don't think I
should be a part of their job.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

Relief Requested: Let me keep my own asthma inhaler before your
staff kills me.

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by ____5349-01____ Date 1/3/22

# Champaign County Correctional Center

## RESIDENT'S REQUEST FORM

Resident's Name _Demetrius Wade_    Cell Assignment _B103_

Jacket # _968681_

Counseling _____    Substance Abuse _____    Programs _____

Classification _____    Medical _____    Discipline _____

Supervisor _____    Legal _✓_    Religious _____

To Attend Religious Service _____

Other _____

I respectfully request an interview with:

_celeste_

Reason: (This section must be filled out)

for the 3rd time I need the policy and procedures for inmates asthma inhalers as well as hunger strike.

Date requested: _6/27/22_

Resident's Signature _Demetrius Wade_

Receiving Correctional Officer's Signature

_5558-01_

## ACTION TAKEN

Duplicate

Interviewer _____    Date received _____

Date of Interview _____

never answered

# Champaign County Correctional Center

## RESIDENT'S REQUEST FORM

Resident's Name *Demetrius Wade*   Cell Assignment *B103*

Jacket # *968681*

Counseling _____   Substance Abuse _____   Programs _____

Classification _____   Medical ✓   Discipline _____

Supervisor _____   Legal ✓   Religious _____

To Attend Religious Service _____

Other _____

I respectfully request an interview with:

*Medical Staff*

Reason: (This section must be filled out)

*Please send me the policies and procedures that govern your practice at correctional centers, specifically at Champaign county jail.*

Date requested: *6/21/22*

Resident's Signature *Demetrius Wade*

Receiving Correctional Officer's Signature

*Jarral Carter #5318   6-22-22   0848*

### ACTION TAKEN

_____

_____

Interviewer _____   Date received _____

Date of Interview _____

*never answered*

# Champaign County Correctional Center

## RESIDENT'S REQUEST FORM

Resident's Name _Demetrius Wade_ Cell Assignment _B103_

Jacket # _9688681_

Counseling _____ Substance Abuse _____ Programs _____

Classification _____ Medical _✓_ Discipline _____

Supervisor _____ Legal _____ Religious _____

To Attend Religious Service _____

Other _____

I respectfully request an interview with:

_celeste_

Reason: (This section must be filled out)

_Who is the contracted medical provider? I know a new company just took over so please tell me the name of the previous one as well_

Date requested: _6/13/22_

Resident's Signature _Demetrius Wade_

Receiving Correctional Officer's Signature

_5317_     _6/11/22_

## ACTION TAKEN

_____

_____

_____

Interviewer _____ Date received _____

Date of Interview _____

# Champaign County Correctional Center

## RESIDENT'S REQUEST FORM

Resident's Name _Demetrius Wade_    Cell Assignment _B 103_

Jacket # _96 86 81_

Counseling _____    Substance Abuse _____    Programs _____

Classification _____    Medical _____    Discipline _____

Supervisor _____    Legal __✓_____    Religious _____

To Attend Religious Service _____

Other _____
_____

I respectfully request an interview with:

_Celeste_

Reason: (This section must be filled out)

I was told by medical staff that the
keeping of my inhaler at the desk is a
jail directive. I also have a grievance response
from Le Sgt. saying the same. So for the →
back

Date requested: _6/20/22_

Resident's Signature _Demetrius Wade_

Receiving Correctional Officer's Signature

_S. Munger_ _6/20/22 2045_

*never responded*

## ACTION TAKEN

_____
_____

Interviewer _____    Date received _____

Date of Interview _____

**Champaign County Correctional Center, IL**
**Champaign County Downtown**
204 E. Main Street
Urbana , IL 61801

**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DEMETRIUS D WADE | 968681 | 2021-00002121 | 1/7/1987 | 11/25/2021 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 08-25-2020 | Allergy Items | Peanut | Chest Discomfort |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 10-13-2021 | Chronic | Psych | Bipolar disorder, unspecified | Brianna Wicinski |
| 08-19-2020 | Acute | OTHER | Patient Reports No Problems | |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| lithium carbonate 300 mg capsule | 2.00 capsule | Facility Downtown: BID AM & PM | 11/22/2021 5:00:00 PM | 2/20/2022 4:59:00 PM |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Notes / History:**  ○ *Free Text* ○ *SOAPE*

Added 12/01/2021 07:32 AM CST by SLCarlson LPN/LVN

*While doing my 1505 security walk, Wade informed me that his cell door had shut on its own. He tried to make it in there before it shut and it shut on his hand. I didn't notice any major damage. No blood was present. He was able to open and close his hand with no problem. There was 2 lines/indents where the door lock would be. I gave him a medical slip to fill out. Please follow up.*

*M. Reed 347*

| Form Folder and Number: | Form Owner: Forms | Accreditation: | Active / Last Revision |
|---|---|---|---|
| Chronic Care CC03.0 | Committee | All | Date: 12/4/2019 |

Grievance # 2021-077
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 11 25 21    REQUIRED    **PLEASE WRITE LEGIBLY**

Name: Demetrius Wade    Jacket #(on armband) 968691
Please print full name    Cell Location DS

If someone helped you complete this form please provide their name: _____

Nature of Grievance (only one category per grievance)
- [ ] Staff Conduct    [ ] Conditions of Confinement    [✓] Medical
- [ ] Dietary    [ ] Other _____

- [ ] Disciplinary Appeal    ___/___/___    ___/___/___
                              Date of Report    Date of Hearing
- [ ] Grievance Response Appeal. Grievance # _____-_____
This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** My hand got caught in the cell door as it was closing all by itself around 3pm and As it pain a starting to get stiff.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** I would like to be taken to the hospital to get x-rays to ensure there is no damage.

**DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY**

Received by M Reil 534701    Date _____

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
# INITIAL RESPONSE TO INMATE GRIEVANCE/APPEAL

**Response to grievance number:**    | 2021 ----- 677 |

Date and time Inmate Grievance / Appeal From was received by the Corrections Supervisor or Program Coordinator: 11/30/2021

Lieutenant/Sergeant or Program Coordinator's response to grievance/appeal: (If the initial response is to be given by the Health Care Authority, document their response.)

Demetrius Wade #968681, your grievance dated 11/25/2021, logged as 2021-677 has been received. In your grievance you state our hand was caught in a cell door as it closed. You also ask to be taken to the hospital for x-rays.

You were seen by medical staff for this incident and it was noted you exhibited full range of motion with the hand, and there were no visible signs of damage. You were also presented with a Health Services Request form if further attention was needed. Please notify medical by filling out the request if further attention is needed.

_____    _12-13-21_
Signature                      Date

____Jeffrey Eads, LPN_____    _Regional Director of Operations_
        Printed Name                        Title

Date of response **Monday, December 13, 2021**
You may appeal this decision directly to the Jail Superintendent by completing an Inmate Grievance / Appeal Form within 5 days of receiving this response. Please reference the grievance number listed on the top of this response.

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
# INITIAL RESPONSE TO INMATE GRIEVANCE/APPEAL

**Response to grievance number:**    2022 ----- 340

Date and time Inmate Grievance / Appeal From was received by the Corrections Supervisor or Program
Coordinator: 6/6/2022

Lieutenant/Sergeant or Program Coordinator's response to grievance/appeal: (If the initial response is to
be given by the Health Care Authority, document their response.)

---

Demetrius Wade #968681, I have received your grievance appeal dated 6/1/22.

I find that Lt. Sapp's investigation of the original grievance to be sound. I have also reviewed the video
and spoke to staff that were present at the jail when this is said to have occurred. I found Lt. Sapp's
summation of events to be correct.

The issue does not violate any section of the Illinois County Jail Standards.

The original grievance response will stand. The relief request in your appeal is denied.

X _H R Snyder 344_

Lt. R. Snyder 344
Lieutenant of Support Services

More than 21 days lapsed before they responded which is against their rules stated in the inmate handbook. Then to add insult to injury Lt Snyder gives a generic response to 3 different grievances, only one of which is an appeal. This effectively prevents me from appealing the other two had they responded in time. These are the type of tactics they use to prevent me from exhausting the administrative remedies available to me in order to prevent me from being able to file a lawsuit.
I only have 5 days to appeal any initial response from them and if I'm late it will not be accepted or answered so the same should apply to them.

**Date of response: Tuesday, June 28, 2022**
**This decision is final. Further appeals will need to be addressed to IDOC, 1301 Concordia Court,**
**PO Box 19277, Springfield IL 62794-9277.**

Grievance # 2022 - 340
STAFF USE ONLY

## Champaign County Sheriff's Office Corrections Division
### Inmate Grievance / Appeal Form

pg. 2

Date: _____ **REQUIRED**          **PLEASE WRITE LEGIBLY**

Name: Demetrius Wade

Please print full name

Jacket #(on armband) 9108487
Cell Location 6103

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

[✓] Staff Conduct          [ ] Conditions of Confinement          [ ] Medical

[ ] Dietary          [ ] Other _____

[ ] Disciplinary Appeal    ___/___/___              ___/___/___
                            Date of Report                    Date of Hearing

[ ] Grievance Response Appeal. Grievance # _____-_____
This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** Today between 5:00pm - 6:00pm I witnessed
[illegible handwritten text] because all you going to do is [illegible]
not following the health department and [illegible]
[illegible handwritten text] she asked for [illegible]
[multiple lines of illegible handwritten text]

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:**
[illegible handwritten lines]

I'm expecting a [illegible] call [illegible]

**DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY**

Received by _____S337_____    Date 6/14/22

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Grievance # 2022-340
STAFF USE ONLY
Pg.3

Date: _____ REQUIRED          **PLEASE WRITE LEGIBLY**

Name: _____          Jacket #(on armband) _____
Please print full name                    Cell Location _____

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

- [✓] Staff Conduct
- [ ] Conditions of Confinement
- [ ] Medical
- [ ] Dietary
- [ ] Other _____
- [ ] Disciplinary Appeal    _____/_____/_____    _____/_____/_____
                              Date of Report         Date of Hearing
- [ ] Grievance Response Appeal. Grievance # _____-_____
      This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:**

_____ McMahon came

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:**

_____

_____

_____

_____

_____

**DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY**

Received by ____ 53520)          Date 6/13/2022

2:23-cv-02105-JES    # 1    Filed: 05/09/23    Page 51 of 69

Grievance # 2022-335
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 5/30/22  REQUIRED          **PLEASE WRITE LEGIBLY**

Name: Demetrius Wade                   Jacket #(on armband) 968681
Please print full name                          Cell Location B103

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)
- [✓] Staff Conduct
- [ ] Conditions of Confinement
- [ ] Medical
- [ ] Dietary
- [ ] Other _____

- [ ] Disciplinary Appeal ____/____/____
  Date of Report          ____/____/____
                          Date of Hearing

- [ ] Grievance Response Appeal. Grievance # _____-_____
  This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** officer Johnson came into our block
to lock us down with no mask on as COVID-19
cases are climbing. It is the jails policy that officers
wear their mask when they come on the block
with us. She is well aware of this rule and
broke it willingly without regard to the health and
safety of the inmates. When we asked her where
her mask was she replied that she left it in her
car. I have contracted COVID-19 while in this jail
after never catching it before it came. and its
officers like her who are responsible for that as
well as the jail not enforcing the seriousness of
that will to their employees. Please check the
camera around 10:30-10:40 if you think I'm lying.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** Fire officer Johnson she is too recless!

**DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY**

Received by _____ #318        Date 5-31-22  0029 hrs.

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
# RESPONSE TO
# REJECTED INMATE GRIEVANCE/APPEAL

Demetrius Wade, #968681

Pages 22-23 of the Inmate Handbook state:

- Inmates who wish to submit a grievance shall complete the INMATE GRIEVANCE/APPEAL FORM within fourteen (14) days of the complaint issue.

- Inmates may appeal non-discipline related decisions directly to the Jail Superintendent/designee, in writing, within five (5) days of receiving a response.

- The decision of the Jail Superintendent/designee is final and there is no further appeal.

The grievances you submitted on **6/25/2022** are rejected for the following reason(s):

| X | **Not a Grievable Issue** |
|---|---|
| | **Content Issue** |
| | **Incomplete Grievance** |
| | No Name |
| | No Jacket Number |
| | No Date |
| | No Housing Unit |
| | No relief requested |
| | **Duplicate Grievance** – A grievance for this issue has been received. You may not submit multiple grievances for the same issue. Once you receive a reply for your initial grievance, you have the opportunity to appeal it within five days of receiving the response. |
| | The subject of the grievance has already been grieved and another grievance, other than one Grievance Appeal, will not be accepted. |
| | The subject of the grievance has already been grieved and appealed. Responses were provided to both. Another Grievance Appeal will not be accepted.<br><br>If you are dissatisfied with the response to your Grievance Appeal, you may appeal to:<br><br>Illinois Department of Corrections<br>1301 Concordia Court<br>P.O. Box 19277<br>Springfield, IL 62794-9277<br>(217) 558-2200 x 2122 |

X _(signature)_

C. Blodgett, 5092-01
Program Coordinator

**Date of response Monday, June 27, 2022**

Grievance # _____-_____
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 6/25/22    REQUIRED    **PLEASE WRITE LEGIBLY**

Name: Demetrius Wade    Jacket #(on armband) 968681

Please print full name    Cell Location B103

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

[✓] Staff Conduct    [ ] Conditions of Confinement    [ ] Medical

[ ] Dietary    [ ] Other _____

[ ] Disciplinary Appeal    ____/____/____    ____/____/____
                            Date of Report        Date of Hearing

[ ] Grievance Response Appeal. Grievance # _____-_____
This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** On 6/21/22 around 5pm inside of cell 2B07 there was an alleged altercation where Damen Clark ended up seriously injured and bleeding. He was taken to the hospital because the handbook states that bleeding is deemed an emergency, yet on 5/6/22 when I was involved in a fight and as a result, was bleeding in the same exact manner as Mr Clark but I was not taken to the hospital. Although I know exactly why we were treated differently in the same emergency situation, I'd like for you to lie to me about it so I can have it in writing and use it against you later. Why was I not taken to the hospital for my injuries and bleeding on 5/6/22? Mr clark was treated with care and urgency and I was not, and I deserve to know why.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** That you treat all emergency situations of the same degree with the same response.

Rejected. 6/27/22
5092-01

**DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY**

Received by _____ 5358-01    Date 6/25/22

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
## RESPONSE TO
## REJECTED INMATE GRIEVANCE/APPEAL

Demetrius Wade, #968681

Pages 22-23 of the Inmate Handbook state:

- Inmates who wish to submit a grievance shall complete the INMATE GRIEVANCE/APPEAL FORM within fourteen (14) days of the complaint issue.

- Inmates may appeal non-discipline related decisions directly to the Jail Superintendent/designee, in writing, within five (5) days of receiving a response.

- The decision of the Jail Superintendent/designee is final and there is no further appeal.

The grievances you submitted on **6/16/2022** is rejected for the following reason(s):

| | |
|---|---|
| X | **Not a Grievable Issue** |
| X | **Content Issue** – Continued disrespectful language and accusations will not be entertained. |
| | **Incomplete Grievance** *They wouldn't even investigate to see if my so* |
| | No Name *called claim was valid by checking the camera to see if a* |
| | No Jacket Number *Sargeant or anyone from upper command did a round* |
| | No Date *on my deck on the day in question because they already* |
| | No Housing Unit *know that their officers never do these required* |
| | No relief requested *walks, and neither do they plan to make them.* |
| | **Duplicate Grievance** – A grievance for this issue has been received. You may not submit multiple grievances for the same issue. Once you receive a reply for your initial grievance, you have the opportunity to appeal it within five days of receiving the response. |
| | The subject of the grievance has already been grieved and another grievance, other than one Grievance Appeal, will not be accepted. |
| | The subject of the grievance has already been grieved and appealed. Responses were provided to both. Another Grievance Appeal will not be accepted. |
| | If you are dissatisfied with the response to your Grievance Appeal, you may appeal to: *Subpoena camera footage from 8am-4pm on 6/15/22 to prove I was* Illinois Department of Corrections *telling the truth.* 1301 Concordia Court P.O. Box 19277 Springfield, IL 62794-9277 (217) 558-2200 x 2122 |

X _____

C. Blodgett, 5092-01
Program Coordinator

**Date of response Friday, June 17, 2022**

Grievance # _____-_____

STAFF USE ONLY

**Champaign County Sheriff's Office Corrections Division**
**Inmate Grievance / Appeal Form**

Date: 6/16/22  REQUIRED          **PLEASE WRITE LEGIBLY**

Name: Demetrius Wade          Jacket #(on armband) 968681

Please print full name          Cell Location B103

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)
- [✓] Staff Conduct
- [ ] Conditions of Confinement
- [ ] Medical
- [ ] Dietary
- [ ] Other _____
- [ ] Disciplinary Appeal     \_\_\_/\_\_\_/\_\_\_          \_\_\_/\_\_\_/\_\_\_
                          Date of Report          Date of Hearing
- [ ] Grievance Response Appeal. Grievance # _____-_____
      This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** Yesterday on 6/15/22 I put in a request to see the Sargeant on Shift to enter Denew on 1st Shift around 10hr. I never got a visit from any Sargeant or Shift Supervisor although it is in your policies that "inmates in Segregation Shall recieve daily visits from the Jail Superintendent or designee and members of the _____ Staff on request". This is located in the Champaign County Sheriff's office Corrections policy and procedure, chapter X Classification Subject: Segregation and Special Management 3.2 Subparagraph A1, In 3.8 Administrative Segregation policy it States "A Shift Supervisor Shall have daily contact with inmates on Administrative Segregation Status and Shall be responsible for addressing any complaints to the proper person if any". Since I am classified as Administrative Segregation, Why do I have to request to see a Sargeant? We have to do Something bad and or Willing to get a DR just to Speak to upper command as if its a priviledge and not a right! your Sargeants act like they celebrities who can only be Summoned in an emergency When its their job to come Check on us. I am going to write a grievance every Single day I don't See a Sargeant back PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** back here from now on.

As always I just want all y'all Sorry Excuses for Lt's and Sargeants to do your job, adhere to your own policies, And help make this Jail run better than it is because the current state is unacceptable. And yall wonder why we are on a hunger strike!
P.S. This does not apply to Sargeant Spence, she is amazing and Works hard every Single Shift

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by _____     Date _____

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
# INITIAL RESPONSE TO INMATE GRIEVANCE/APPEAL

**Response to grievance number:**   | 2022 ---- 355 |

Date and time Inmate Grievance / Appeal From was received by the Corrections Supervisor or Program Coordinator: 6/8/2022

Lieutenant/Sergeant or Program Coordinator's response to grievance/appeal: (If the initial response is to be given by the Health Care Authority, document their response.)

Demetrius Wade #968681, I have received your grievance appeal dated 6/7/22 and a subsequent grievance regarding the same issue dated 6/12/22.

I find that Lt. Sapp's investigation of the original grievance to be sound. I have also reviewed the video when this is said to have occurred. I found Lt. Sapp's summation of events to be correct.

The issue does not violate any section of the Illinois County Jail Standards.

You have ample time to retrieve the food from the feed chute. We are not your personal waiters. If you do not retrieve the food from the door, the officers place it in your room so that you can eat later. The other option is to remove the food as it would be considered refusal of the meal.

The original grievance response will stand. The relief request in your appeal is denied.

X _H R Snyder 344_
Lt. R. Snyder 344
Lieutenant of Support Services

nly responded to 2022-347 and just threw the one submitted on 6/12/22
n with it. Denied my request for policies and procedures that as an inmate I
m entitled to. This shows how lazy, careless, and dismissive the Administrato
re. He is saying that the Illinois jail standards, that the program coordinator,
lie Blodgette refused to give me, allows their staff, or does not expressly prevent
hem from putting our food on the floor. I'm sure I've caught them in yet
nother lie. Subpoena camera footage from 6/2 and 6/12 around 6am to prove
is is happening.

**Date of response: Tuesday, June 28, 2022**
**This decision is final. Further appeals will need to be addressed to IDOC, 1301 Concordia Court,**
**PO Box 19277, Springfield IL 62794-9277.**

Grievance # 2022 35-

STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 6/7/22  REQUIRED          **PLEASE WRITE LEGIBLY**

Name: Demetrius Wade                    Jacket #(on armband) 968681
Please print full name                  Cell Location  B103

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

[ ] Staff Conduct              [ ] Conditions of Confinement        [ ] Medical

[ ] Dietary                    [ ] Other _____

[ ] Disciplinary Appeal        ____/____/____          ____/____/____
                               Date of Report          Date of Hearing
[✓] Grievance Response Appeal. Grievance # 2022- 347
This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:**
Officer Ray should not be putting my food on the floor at all, in any way, shape, or form. Not only did I not have to deal with this situation but I also did not have to deal with it on B3. It is not his responsibility to retrieve my food when it is brought if it your officers job to give me my food in my hands like they do everyone else who is on lockdown for 23hrs of the day. Retrieve it no different from telling me to fetch it. They put it some place I'm not at and then tell me to go get it. We're not the we are not animals, we are human beings and would really appreciate it if you and your officers started treating us as such. Furthermore I never saw officer working on 3rd shift that day. You would never eat or take food from anyone if they put it on the ground of the jail so why would you expect us to live the and act different until proven guilty so please stop treating us all if we have done something. We're suffering cruel and inhuman treatment from Champaign county jail.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:**
Don't give food any place but in my hands or on the sink or table. Anything else is inhumane, cruel and inhuman. Treat others how you would like to be treated.

**DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY**
5353

Received by _____        Date 6-7-22

Grievance # 2022 35?

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

STAFF USE ONLY

Pg. 2

Date: 6/12/22    REQUIRED    **PLEASE WRITE LEGIBLY**

Name: Demetrius Wade    Jacket #(on armband) 966691

Please print full name    Cell Location _____

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

- [✓] Staff Conduct
- [ ] Conditions of Confinement
- [ ] Medical
- [ ] Dietary
- [ ] Other _____
- [ ] Disciplinary Appeal    ___/___/___    ___/___/___
      Date of Report    Date of Hearing
- [ ] Grievance Response Appeal. Grievance # _____-_____
      This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** Hinsm threw my breakfast bag on the
floor this morning and told me to eat off the floor because
there's only one staff so she's taking her time so
the jail is operating on a clinical
policy regarding the same force and is difficult when
you are forcing

_____ their care not as much and
will we keep being treated like we are. Do not put
our food on the floor and treat us human and
handle it.

**Relief Requested:** Send me a copy of this grievance and stop
officers from opening our door and treat us more
humanly and appropriately in the morning for breakfast

---

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by  J. Oruruga 303    Date 6/12/22

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
# INITIAL RESPONSE TO INMATE GRIEVANCE/APPEAL

**Response to grievance number:**        | 2022 ----- 347 |

Date and time Inmate Grievance / Appeal From was received by the Corrections Supervisor or Program Coordinator: 6/6/2022

Lieutenant/Sergeant or Program Coordinator's response to grievance/appeal: (If the initial response is to be given by the Health Care Authority, document their response.)

Mr. Demetrius Wade 968681, we have received your grievance dated 6/2/2022, it has been logged as 2022-347. In it you claim that Officer Ray threw you breakfast on the floor. You state you did not have to deal with this Downtown. You also indicate that you spoke with Lt. Good about this a few days ago.

Your relief requested was to fire Officer Ray.

Mr. Wade, I have reviewed video and do see that Officer Ray placed your breakfast bag on the floor, just inside your door, through the feed chute. This was after it was initially served by Officer Winters 40 minutes prior, it was originally placed on your feed chute. It is your responsibility to retrieve your food when it is served. The Officer placed it on the floor in an effort to allow you more time to consume it. In the future, I can request that the Officers just remove the bag if that is what you would like.

Pertaining to your relief requested, it has been denied as you cannot request that an Officer be fire.

X _____ #S304        06/06/2022
Lt. Josh Sapp 304                              Date
Lieutenant of Operational Security

*check to see if officer winters worked this day*
*because no one saw him. According to my*
*segregation log badge #330 served us breakfast*
*and that is officer*

**Date of response Wednesday, March 30, 2022**
**You may appeal this decision directly to the Jail Superintendent by completing an Inmate Grievance / Appeal Form within 5 days of receiving this response. Please reference the grievance number listed on the top of this response.**

Grievance # 2022 - 347

STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 6/2/22    REQUIRED          **PLEASE WRITE LEGIBLY**

Name: Demetrius Wade          Jacket #(on armband) 968681

Please print full name                    Cell Location  B103

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

- [✓] Staff Conduct
- [ ] Conditions of Confinement
- [ ] Medical
- [ ] Dietary
- [ ] Other _____
- [ ] Disciplinary Appeal    ___/___/___       ___/___/___
                              Date of Report        Date of Hearing
- [ ] Grievance Response Appeal. Grievance # _____-_____
    This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** This morning officer Kary threw my
breakfast bag on the floor through my chuckhold as if
he was feeding an animal. I did not have to deal with
this downtown even though our doors head chuckholds there
still opened the doors and placed our breakfast bags on
the sink or table. I do not understand what is different
about being at the Satelite. Several of us talked to Lt Crout
about this a few days ago and she agreed that no one
should be throwing our food on the floor, and said she would
send out an email about it. Yet it is still happening and this
is unacceptable behavior. This is just another example of
B1 being treated far worse than the rest of the pods on
the wing, and it's very obvious.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** time officer Kary for failing to be humane
to the inmates he has been entrusted to serve and protect.

**DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY**

Received by J. Ownage          Date 6/3/22

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
# INITIAL RESPONSE TO INMATE GRIEVANCE/APPEAL

**Response to grievance number:**          2022 ----- 362

Date and time Inmate Grievance / Appeal From was received by the Corrections Supervisor or Program Coordinator: 6/13/2022

Lieutenant/Sergeant or Program Coordinator's response to grievance/appeal: (If the initial response is to be given by the Health Care Authority, document their response.)

---

Mr. Demetrius Wade #968681, you are appealing the response to grievance(s) 2022-298 which were dated 5/20/22 and 5/25/22. Both were answered together as they were both about the same topic. Both pertained to your claims that your linens were not changed out since 5/13/2022.

Lt. Snyder responded to your grievance on 6/10/2022. He informed you that laundry change-out is not scheduled for certain shifts and could potentially be carried over to another shift or day depending on any number of issues that arise. He also informed you that he has documentation which shows that linen change-out was offered to you between the dates of your grievances.

Mr. Wade, as Lt. Snyder has indicated, there are times when laundry change out will not occur exactly when you want it. There is also documentation that you were offered to exchange your linens between the dates you cite in your grievances. The Officers will come by and ask if you wish to exchange your items, it is your responsibility to ensure that you request those items.

Your relief requested has been granted as a reminder was sent to staff and administration will be following up to ensure that it is completed on a regular basis.

X _____ #304          6-14-2022
Lt. Josh Sapp 304                                        Date
Lieutenant of Operational Security

If you are not satisfied with your appeal response, you can write the following:
*Illinois Department of Corrections*
*1301 Concordia Court*
*P.O. Box 19277*
*Springfield, IL 62794-9277*

**Date of response Tuesday, June 14, 2022**

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Grievance #2022-362
STAFF USE ONLY

Date: 6/10/22   REQUIRED          PLEASE WRITE LEGIBLY

Name: Demetrius Wade
Please print full name

Jacket #(on armband) 968681
Cell Location B103

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

☐ Staff Conduct          ☐ Conditions of Confinement          ☐ Medical

☐ Dietary                ☐ Other

☐ Disciplinary Appeal    _____ / _____ / _____          _____ / _____ / _____
                          Date of Report              Date of Hearing

☑ Grievance Response Appeal. Grievance # 2622-298
This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** You said it could be carried over to another day even though I expressly stated in my grievance that it had been over a week since we had our sheets and towels changed. So you saying that's ok? How long do we have to be deprived of clean linen before its not ok? And considered cruel and unusual punishment? Thank you for sending out reminders about cleaning our linens on a regular basis.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** Stop minimizing your officers failures to do their jobs and for once just say I'm right and your going to fix it. This response is the closest thing I've ever heard to accountability on your part... Keep going!

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by J. Olumga 303          Date 6/10/22

2:23-cv-02105-JES    # 1    Filed: 05/09/23    Page 63 of 69

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
# INITIAL RESPONSE TO INMATE GRIEVANCE/APPEAL

**Response to grievance number:**    2022 ——— 298

Date and time Inmate Grievance / Appeal From was received by the Corrections Supervisor or Program Coordinator: 5/24/2022

Lieutenant/Sergeant or Program Coordinator's response to grievance/appeal: (If the initial response is to be given by the Health Care Authority, document their response.)

---

Demetrius Wade #968681, I have received your grievance dated 5/20/22 and 5/25/22. As your grievances are similar issues, they will be answered as one.

Your relief requested is to hold officers accountable for the jobs.

Laundry change-out is not scheduled for a certain shift and could potentially be carried over to another shift or day depending on any number of issues that arise throughout the day.

I also have documentation that shows that linen change-out was offered to you between the dates of your grievances.

Reminders were sent out to staff and administration will follow up to ensure that clean linens are being offered on a regular basis.

X _Lt. R. Snyder 344_
Lt. R. Snyder 344
Lieutenant of Support Services

**Date of response: Friday, June 10, 2022**
**You may appeal this decision directly to the Jail Superintendent by completing an Inmate Grievance / Appeal Form within 5 days of receiving this response. Please reference the grievance number listed on the top of this response.**

Grievance # 2022 - 298
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 5-20-22  REQUIRED          **PLEASE WRITE LEGIBLY**

Name: Demetrius    Wcode                    Jacket #(on armband) 90?081
     Please print full name                 Cell Location   B-12

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)
- [✓] Staff Conduct          [ ] Conditions of Confinement      [ ] Medical
- [ ] Dietary               [ ] Other _____

- [ ] Disciplinary Appeal    ____/____/____          ____/____/____
                             Date of Report            Date of Hearing

- [ ] Grievance Response Appeal. Grievance # _____-_____
     This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** We have all been here since 5/13
and we both have not and our towels are being
re washing neither our sheets and this is
unacceptable. I was told today that to not supposed
to his in on Wednesday but to did not way here
are able to for his like to missing since you all you
shower just about every day

                                        PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** find out who has the pod officer
Wednesday on the sheets and towels them to get
towels to do their work and to be asking how his for
sheets and towels get to work

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by _____ Bs Date 5-20-22

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Grievance # 2022-298
STAFF USE ONLY

PJ. 2

Date: 5/25/22  REQUIRED    **PLEASE WRITE LEGIBLY**

Name: Demetrius Wade

Please print full name

Jacket #(on armband) 968681
Cell Location B103

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

- [✓] Staff Conduct
- [ ] Conditions of Confinement
- [ ] Medical
- [ ] Dietary
- [ ] Other _____
- [ ] Disciplinary Appeal ____/____/____    ____/____/____
  Date of Report    Date of Hearing
- [ ] Grievance Response Appeal. Grievance # _____-_____
  This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** Today on 1st shift we asked officer Roberts to wash or change out our sheets and towels repeatedly during her entire shift and she failed to do it. Wednesday is the designated day for those items to get washed and this time and week in a row that it still not been done. On 1st shift we asked officer _____ over Johnson as well as _____ _____ _____ _____ to be washed out we asked their entire shift over and over again, yet it did not get done ... to the sheets getting do ... I'm pretty sure all four were ... & I didn't come to do ... their sheets and ... are _____ today. I've been on B2, B3, and B4 and this was done regularly without ... because this is predominantly ... ... officially on my ... I _____ ... (officer Roberts was training on 1st shift today) as well so its even worse. And its caused a lot ... that B4 can be ... ... or ... PR General Population.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** Hold your officers accountable for the things they are supposed to do because currently they do whatever they want to do.

**DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY**

Received by _____ 5341.01    Date 5/26/22 @ 0030

Grievance # _____-_____
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 6/27/22   REQUIRED          **PLEASE WRITE LEGIBLY**

Name: Demetrius Woods                        Jacket #(on armband) 968681
        Please print full name                Cell Location B103

If someone helped you complete this form please provide their name: Jesus Christ

**Nature of Grievance** (only one category per grievance)
- [✓] Staff Conduct          [ ] Conditions of Confinement     [ ] Medical
- [ ] Dietary               [ ] Other _____

- [ ] Disciplinary Appeal     _____/_____/_____          _____/_____/_____
                              Date of Report                Date of Hearing

- [ ] Grievance Response Appeal. Grievance # _____-_____
      This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** Yesterday on 6/26/22 marks the 3rd
Sunday in a row that my blanket was not cleaned or
switched out. I was told by other inmates that they did
it but I was in the law library and was not offered to
do so when I came back.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** hold all those responsible accountable, you
know who they are.

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by _____ 5358-01    Date 6/27/22

Grievance # _____-_____

STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 6/19/22    REQUIRED           **PLEASE WRITE LEGIBLY**

Name: Demetrius Wade                          Jacket #(on armband) 968681
Please print full name                        Cell Location  B103

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

[✓] Staff Conduct          [ ] Conditions of Confinement      [ ] Medical

[ ] Dietary               [ ] Other _____

[ ] Disciplinary Appeal     _____/_____/_____        _____/_____/_____
                          Date of Report                  Date of Hearing

[ ] Grievance Response Appeal. Grievance # _____-_____
This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** Today marks the Second Sunday in a row that we did not get our blankets washed. Last Sunday they came around with the list asking who wanted their washed but never returned with new ones. So please don't sit up you have documentation that they were washed or exchanged on 6/12 because they were not. We silently waited all day for one of your higher trained officers to come and ask who needed clean blankets but it never happened. We could have reminded yall about it, but then you'd have to pay us for doing your job. Even while I am starving I wait to set you to do your job, you still can't get it right! I am prepared to stay on this hunger strike as long as necessary for this Jail and all it's employees to get in compliance with your own policies and procedures. It's that important to me, and I clearly care about the inmates more than you, although you get paid to at least pretend like you care but you obviously can't do that!

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** Write up Whoever is responsible, meaning Official Who worked last Sunday and this Sunday. This fathers day and all I wanted was a clean blanket! Happy Fathers Day!

**DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY**

Received by ___ 5352___        Date 6/20/2022

Grievance # _____-_____
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 6/2/22    REQUIRED    **PLEASE WRITE LEGIBLY**

Name: Demetrius Wade    Jacket #(on armband) 968681
Please print full name    Cell Location B703

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)
- [✓] Staff Conduct
- [ ] Conditions of Confinement
- [ ] Medical
- [ ] Dietary
- [ ] Other _____
- [ ] Disciplinary Appeal    _____/_____/_____    _____/_____/_____
                              Date of Report          Date of Hearing
- [ ] Grievance Response Appeal. Grievance # _____-_____
  This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** Last night 2nd shift failed once again to bring around a changeout sheet so we can get our clean clothes this morning. Yet I guarantee B7, B3, and B4 got their sheets filled out. You would think that because we are locked down all day that we would at least be treated as well as everyone else but to add insult to injury we are treated the worst and I cannot for the life of me understand why, why is so. We are not asking for anything special or outside of the officers duties. All we want is for your officers to do their job correctly and efficiently and with competence, and be punished or fired when they show true failure of those things. I believe this is a reasonable expectation and all employers ask their wishes of their employees... except Champaign county Jail who seems to give the green light to officers to treat inmates however they please. I've been told that yall are on the best officers but those are in the end treated no too good by your standards but you are the one officer who fail is rewarded [illegible] ideas on the back. This must change.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** Write everyone on 2nd shift up for not doing they job.

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by J. Olenigca    Date 6/3/22

# Champaign County Correctional Center

## RESIDENT'S REQUEST FORM

sident's Name **Demetrius Wade**    Cell Assignment **B103**

cket # **9108108?**

| | | |
|---|---|---|
| unseling _____ | Substance Abuse _____ | Programs _____ |
| lassification _____ | Medical ✓ | Discipline _____ |
| upervisor _____ | Legal _____ | Religious _____ |

o Attend Religious Service _____

ther _____

I respectfully request an interview with:

**celeste**

Reason: (This section must be filled out)

This the 3rd week in a row that I've requested a notary. I have court tomorrow and need documents notarized. I'm starting to feel like I'm being purposely ignored.

Date requested: **6/27/22**

Resident's Signature **Demetrius Wade**

Receiving Correctional Officer's Signature

**5358-01**

## ACTION TAKEN

_____

_____

Interviewer _____    Date received _____

Date of Interview _____

celeste purposely stopped notarizing my documents even though I was a pro-se litigant at the time and really needed that service. This is retaliation