5590-54
KEF/tlp

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DEMETRIUS WADE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 2:23-cv-02105-SLD |
| | ) |
| HEUERMAN, et al., | ) |
| | ) |
| Defendants. | ) |

## ANSWER TO MERIT REVIEW ORDER OF OCTOBER 13, 2023, ADDRESSING PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES

NOW COME the Defendants, DUSTIN HEUERMAN, JOSH SAPP, KAREE VOGES, JENNA GOOD, and RYAN SNYDER, by Keith E. Fruehling of Heyl, Royster, Voelker & Allen, and hereby provide this Answer and Affirmative Defenses pursuant to the Merit Review Order entered October 13, 2023 (d/e #9), mandating an Answer to the Plaintiff's Complaint, and in further support thereof, state as follows:

1. Pursuant to its Merit Review of the Plaintiff's Complaint, under 28 U.S.C. § 1915A, the Court ruled that the Plaintiff has alleged enough facts for Fourteenth Amendment claims for failure to protect from harm, failure to provide adequate medical care, and procedural due process against the Defendants.

**ANSWER: Defendants, DUSTIN HEUERMAN, JOSH SAPP, KAREE VOGES, JENNA GOOD, and RYAN SNYDER, hereby deny that they violated Plaintiff's Constitutional rights as alleged in Plaintiff's Complaint in any way, shape or form, including the specific claim approved and authorized in the Court's October 13, 2023 Merit Review Order. Specifically, Defendants – to the extent the Court has allowed any particular claim against them individually - deny the claims that they each, individually or otherwise, failed to protect Plaintiff from harm,**

**failed to provide Plaintiff adequate medical care, and failed to provide Plaintiff procedural due process in violation of the Fourteenth Amendment as alleged in Plaintiff's Complaint and authorized by the Court. Moreover, Defendants deny that any alleged denial proximately caused any alleged damage(s) to Plaintiff. Finally, Defendants deny that the Plaintiff suffered any actionable damages and demands strict proof thereof. Each Defendant speaks to only claims allowed against them individually.**

WHEREFORE, the Defendants, DUSTIN HEUERMAN, JOSH SAPP, KAREE VOGES, JENNA GOOD, and RYAN SNYDER, respectfully request that this Court enter judgment on their behalf and against the Plaintiff, DEMETRIUS WADE, denying him the relief that he prays for in his Complaint and as a claim approved by the Merit Review Order of October 13, 2023, and any other relief this Court deems fit.

DEFENDANTS DEMAND A TRIAL BY JURY.

## AFFIRMATIVE DEFENSES

NOW COME the Defendants, DUSTIN HEUERMAN, JOSH SAPP, KAREE VOGES, JENNA GOOD, and RYAN SNYDER, by KEITH E. FRUEHLING of HEYL, ROYSTER, VOELKER & ALLEN, P.C., their attorneys, and pursuant to Federal Rule of Civil Procedure 8(b) and (c), the Defendants set forth their Affirmative Defenses as follows:

1. To the extent Plaintiff has failed to exhaust his administrative remedies, these Defendants are entitled to judgment as a matter of law.

2. To the extent that Plaintiff's Complaint seeks to assert any claims for damages sustained more than two years before Plaintiff filed his Complaint, said claims are barred by the statute of limitations.

3. Defendants are entitled to qualified immunity.

4.      To the extent that Plaintiff seeks to hold the above-named Defendants liable for the acts or omissions of anyone other than himself under federal law, said claims are barred by law and § 1983 does not allow claims based upon vicarious liability or respondeat superior.

DEFENDANTS DEMAND A TRIAL BY JURY.

>DUSTIN HEUERMAN, JOSH SAPP, KAREE VOGES, JENNA GOOD, and RYAN SNYDER, Defendants
>
>BY: s/Keith E. Fruehling
>Keith E. Fruehling, ARDC #: 6216098
>HEYL, ROYSTER, VOELKER & ALLEN
>Suite 505, 301 N. Neil Street
>Champaign, IL 61820
>Telephone  217.344.0060
>Email:  kfruehling@heylroyster.com

## PROOF OF SERVICE

I hereby certify that on December 12, 2023, I electronically filed the foregoing ANSWER TO MERIT REVIEW ORDER OF OCTOBER 13, 2023, ADDRESSING PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES, with the Clerk of the Court using the CM/ECF system.

I also hereby certify that on December 12, 2023, I have mailed, by United States Postal Service, the foregoing ANSWER TO MERIT REVIEW ORDER OF OCTOBER 13, 2023, ADDRESSING PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES to the following non-CM/ECF participant:

Mr. Demetrius Wade
5832 S. Prairie Ave., Apt. 1
Chicago, IL 60637

>/s/ Keith E. Fruehling
>Heyl, Royster, Voelker & Allen

43803325.1